UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | 18 CR 0031-05 (LAP) |
|---|---|
| - v - | |
| Francisco Tibulciomerino | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for April 1, 2020 is adjourned to June 1, 2020 at 11:30 a.m. Time is excluded from today, until June 1, 2020, from calculation under the speedy trial act in the interest of justice.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 25, 2020
New York, New York