```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:18-cr-00031-LAP-5
     -against-                       :    ORDER
                                     :
Francisco Tibulciomerino             :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

Loretta A. Preska, United States District Judge:

    ORDERED that the defendant's bail be modified to remove standalone GPS condition. All other release conditions shall remain in effect.


Dated: New York, New York
       March 27, 2020

                                                SO ORDERED


                                              _____
                                              Loretta A. Preska
                                              United States District Judge