# JOHN L. RUSSO
### Attorney at Law

| | | |
|---|---|---|
| **COUNSEL** | J.L. Russo, P.C. | **PARALEGAL** |
| Milton Florez, Esq. | 31 - 19 Newtown Avenue, Suite 500 | Maria Nunez, B.S. |
| Michael Horn, Esq. | Astoria, New York 11102 | |
| | Tel:  718 - 777 - 1277 | |
| | Fax:  718 - 204 - 2310 | |
| | Email:  *JLRussoPC@Gmail.com* | |

August  31, 2020

**Via ECF Only**
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    U.S. v. Hernandez et al.,
              Case No.: 18-cr-031 (LAP)

Your Honor:

    We write on behalf of Francisco Tibulcio Merino, a defendant in the above-referenced case, to request that the Court **exclude time pursuant to the Speedy Trial Act from August 20, 2020  until September  24, 2020.**

    I have spoken with Assistant United States Attorney Michael Longyear and he consents to this request which was inadvertently omitted from our prior application.

    Your consideration of this request is respectfully requested and appreciated.

                                       Yours truly,

                                       *John Russo*

                                       John L. Russo (JR6200)
                                       Attorney for Francisco Tibulcio Merino

JLR:mn

Cc: AUSA Michael Longyear

```
Time is excluded under the Speedy Trial
Act from August 20 until September 24.
SO ORDERED.
Date:  Sept. 1, 2020
```

                                       _____
                                       LORETTA A. PRESKA, U.S.D.J.