# John L. Russo
Attorney at Law
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

**Counsel**
Milton Florez, Esq.
Michael Horn, Esq.

**Paralegal**
Maria Nunez, B.S.

September 22, 2020

**Via ECF Only**
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    U.S. v. Hernandez et al.,
              Case No.: 18-cr-031 (LAP)

Your Honor:

    We write on behalf of Francisco Tibulcio Merino, a defendant in the above-referenced case, and respectfully request that the Court **adjourn**, **until November 16th (or a date thereabout convenient for the Court)**  the appearance currently scheduled for September 24, 2020.

    I have spoken with Assistant United States Attorney Michael Longyear and he consents to this request so that the Government can evaluate the Defendant's request for an alternative disposition.  I have spoken to Mr. Tibulcio's Pre-Trial Officer and she also has no objection to the requested continuance.  Should the Court agree to a continuance, we request that the Court **exclude time pursuant to the Speedy Trial Act from 24, 2020 until the adjourn date.**

    Your consideration of this request is respectfully requested and appreciated.

Yours truly,

*John Russo*

John L. Russo (JR6200)
Attorney for Francisco Tibulcio Merino

---

The conference is adjourned to Nov. 16 at 2:00 p.m.  Time is excluded under the Speedy Trial Act in the interests of justice until that date.  SO ORDERED.

Dated:  Sept. 23, 2020

*Loretta A. Preska*
_____
LORETTA A. PRESKA, USDJ