# JOHN L. RUSSO
### Attorney at Law
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204 · 2310
Email:   *JLRussoPC@Gmail.com*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S.

October 16, 2020

**Via ECF Only**
Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   U.S. v. Francisco Tibulcio-Merino.,
        Case No.: 18-cr-031 (LAP)

**SO ORDERED.**

Dated:  October 16, 2020
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Your Honor:

    We write on behalf of Francisco Tibulcio-Merino, a defendant in the above-referenced case, and respectfully request permission from the Court **for my client to travel to Florida with his family for 3 days. – from October 17th to October 20th.**  Mr. Tibulcio and his Family will be staying at the Westgate Town Center Resort ,7700 Westgate Blvd, Kissimmee, FL 34747.

    I have spoken with Francesca Tessier-Miller, from the U.S. Pre-Trial Services Office and she has no objection to this request.  Likewise, Assistant United States Attorney Michael Longyear has no objection to this request.

    Mr. Tibulcio has provided flight and travel itinerary to Pre-Trial which confirm the details of his trip.

    Your consideration of this request is respectfully requested and appreciated.

Yours truly,

*John Russo*

John L. Russo (JR6200)
Attorney for Francisco Tibulcio Merino

JLR:mn
Cc: AUSA Michael Longyear